### In re MOSHER, Justice of the Peace.

(Supreme Court, General Term, Fourth Department.    February 15, 1894.)

In the matter of the application for the removal of Lewis E. Mosher, a justice of the peace in and for the town of Horseheads, N. Y.

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

Proceeding dismissed.    Per curiam memorandum filed with the clerk of Broome county.    See 24 N. Y. Supp. 1147;  26 N. Y. Supp. 1127.

### PEOPLE, Respondent, v. GIRARD, Appellant.

(Supreme Court, General Term, Fourth Department.    February 15, 1894.)

Action by the people against Anthony Girard.

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion.    Leave granted to appeal to the court of appeals, as the case involves a question of law that ought to be reviewed by that court.    See 26 N. Y. Supp. 272.

### In re SMEDLEY.

(Supreme Court, General Term, Fourth Department.    February 15, 1894.)

In the matter of the accounting of Cornelius A. Smedley, as guardian of Anna Van Buren, an infant.

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion.    Decree modified by deducting from the award $40.85 for commissions, and, as so modified, affirmed, without costs of the appeal to either party.

### SMITH, Respondent, v. KNOWLTON et al., Appellants.

(Supreme Court, General Term, Fourth Department.    February 15, 1894.)

Action by Samuel R. Smith against Edwin M. Knowlton and others, impleaded.

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion.    Judgment affirmed, with costs.

### WASHON, Appellant, v. WINTON et al., Respondents.

(Supreme Court, General Term, Fourth Department.    February 15, 1894.)

Action by Henry M. Washon, as taxpayer, etc., against Daniel C. Winton and others, trustees.

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion.    Order affirmed, with $10 costs and disbursements.